# EXHIBIT B









NIGHTLIFE — AUGUST 20, 2019

# Whoa! Quixotic Is Poised To Unleash One Helluva "Sexy" New Show In October At Crown Center

by MICHAEL MACKIE





Our site uses cookies. Learn more about our use of cookies: Cookie Policy
Whoa! Quixotic Is Poised To Unleash One Helluva "Sexy" …

ACCEPT

Case: 4:20-cv-00531-CDP   Doc. #: 1-2   Filed: 04/14/20   Page: 5 of 12 PageID #: 12



Like "jumbo shrimp", the words "sexy Kansas City" don't necessarily go together. However, the squad at Quixotic is about to change all that with their upcoming cabaret show set to take over Crown Center's American Heartland Theatre in October. (Did you even know there was a theater tucked away in the upper reaches of Crown Center? Neither did we.)

A couple of years ago, Quixotic took their act on the road to Miami where they took up residency at a chic hotel with a show called *Sensatia*, which was only supposed to run for a couple of months. Two years later, the uninhibited aerial floorshow is still packing the house. ("Aerial floorshow"—see what we did there?)



Case: 4:20-cv-00531-CDP   Doc. #: 1-2   Filed: 04/14/20   Page: 6 of 12 PageID #: 13



Starting this October, Team Quixotic is poised to have the ultimate homecoming when they unleash a KC-centric version of the show. With a vibrant, speakeasy vibe attached to it, the performance promises to be unlike anything this city has seen. "*Sensatia Miami*? It's very Latin," says executive producer Mica Thomas. "Our new show—we're taking the idea of exploring the senses and we'll Kansas City-it-up with more of a jazz feel."



Thomas promises the theater—which is currently being refurbished—will be an incredibly intimate venue. And the show? "It's very sexy, classy, adult, high-fashion," he says. "It's definitely not a kids' show." The innovative ensemble famed for their aerial aesthetics

Our site uses cookies. Learn more about our use of cookies: Cookie Policy
ACCEPT
Whoa! Quixotic Is Poised To Unleash One Helluva Sexy ...

promises the act will "stir and satiate the senses." (And who doesn't like to be satiated, really?) There's a little something for everyone in the interactive performance piece—from acrobatics to projection-mapping to intricate aerial choreography. "The whole feeling of the show has more of a speakeasy, hidden feel to it," says Thomas. "It's going to be really lush, and we're going to give lots of energy to the space. It's going to surprise and shock you. We want to transport you to another space."



Sensatia Cirque Cabaret from Quixotic on Vimeo.

Thomas and his troupe are thrilled to be back in their old stomping grounds. "It's the first time we've ever done a long-running show here in Kansas City. We had to go to a different city to do this the first and it was an amazing success there," he says, laughing. "Now we're going to do it here in KC—our hometown!"

Our site uses cookies. Learn more about our use of cookies: **Cookie Policy**
Whoa! Quixotic Is Poised To Unleash One Helluva "Sexy" …
**ACCEPT**



With 16 performers embracing the stage each night and a rotating cast of local guest entertainers, Thomas says you should expect "each performance to be a little different each week." VIP guests will be sitting mere feet away from performers. "It's a whole *experience*.

Our site uses cookies. Learn more about our use of cookies: **Cookie Policy**
Whoa: Quixotic is Poised To Unleash One Helluva "Sexy" …
**ACCEPT**

We want to ensure it's a definite first-class, dress-up, date night."



For now, the troupe has booked the space "every Friday and Saturday in October and November with one show each night," says Thomas. But—fingers crossed—the show will continue its buzzworthy, "jazz-flair" performance indefinitely as it did in Miami. "We're only

Case: 4:20-cv-00531-CDP   Doc. #: 1-2   Filed: 04/14/20   Page: 10 of 12 PageID #: 17

going to have two shows per weekend until people are screaming so much, we have to open more dates," he says. "It's untested—which is exciting. But it's also unpredictable. It's a new, edgy thing for KC."

*Sensatia KC* opens October 4th, shows at 8:30 p.m.

Get your ticket now at https://sensatiakc.com

Follow Sensatia KC on Instagram

#sensatiacabaret  #sensatiakc

TAGS: AMERICAN HEARTLAND THEATRE, CROWN CENTER, MICA THOMAS, QUIXOTIC, QUIXOTIC CIRQUE NOUVEAU, SENSATIA, SEXY, SPEAK EASY



## You May Also Like



My Essentials: Molly Balloons



Crossroads Hotel New Year's Eve Celebration



Whoa! Quixotic Is Poised To Unleash One Helluva "Sexy" …

Our site uses cookies. Learn more about our use of cookies: **Cookie Policy**

ACCEPT

Case: 4:20-cv-00531-CDP   Doc. #:  1-2   Filed: 04/14/20   Page: 11 of 12 PageID #: 18



Four Art Events You Should Not Miss in December



ABOUT US

ADVERTISE WITH US

MAGAZINE SUBSCRIPTION

DIGITAL MAGAZINE EDITION

WEEKLY NEWSLETTER

TERMS OF SERVICE AND PRIVACY POLICY





Whoa! Quixotic Is Poised To Unleash One Helluva "Sexy" …

Our site uses cookies. Learn more about our use of cookies: **Cookie Policy**

ACCEPT

Our site uses cookies. Learn more about our use of cookies: **Cookie Policy**

ACCEPT

/