# SUPREME COURT



## State of Colorado,

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__David L. Rein, Jr.__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __20th__ day of __February__ A. D. __2015__ and that at the date hereof the said __David L. Rein, Jr.__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __21st__ day of __May__ A. D. __2020__

__Cheryl Stevens__
Clerk

By _____
Deputy Clerk