IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IVAN BELAUSTEGUI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 4:20-cv-00531-NAB |
| v. ) | |
| ) | |
| KC MEDIA LLC, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendant KC Media LLC moves this Court for an extension of time, up to and including June 20, 2020, in which to answer or otherwise respond to the Complaint. In support of this motion, Defendant states as follows:

1. On April 14, 2020, Plaintiff filed its Complaint (Doc. 1).

2. On April 15, 2020, the Summons and Complaint were served upon Defendant.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), the current deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint was May 15, 2020, but the undersigned spoke to counsel for Plaintiff yesterday and counsel for Plaintiff agrees to allowing Defendant to file an Answer or responsive pleading on June 22, 2020.

4. The parties also agreed to discuss potential settlement during this period of time.

5. This request is not for the purpose of delay or harassment. Plaintiff's counsel has consented to such extension.

Respectfully submitted,

By: */s/ David L. Rein, Jr.*
    David L. Rein, Jr. #43411
    James J. Kernell, #48,850
    Kyle D. Donnelly, # KS-000879
    ERICKSON KERNELL IP, LLC
    8900 State Line Road, Suite 500
    Leawood, Kansas 66206
    Telephone:  913-549-4700
    Facsimile:  913-549-4646
    Email:  drein@kcpatentlaw.com
           jjk@kcpatentlaw.com
           kdd@kcpatentlaw.com

*Attorneys for Defendant KC Media LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2020, the foregoing Consent Motion for Extension of Time to Respond to Complaint was filed with the Clerk of the Court to be served via the Court's ECF system upon counsel of record.

                                                */s/ David L. Rein Jr.*