# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IVAN BELAUSTEGUI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:20-cv-00531-NAB |
| v. | ) |
| | ) |
| KC MEDIA LLC, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF ZIM LOY

I, Zim Loy, declare as follows:

1. I am the editor of the magazine, *In Kansas City*, published by KC Media LLC ("KC Media") and owner of KC Media. I submit this declaration in support of the Motion to Dismiss and I make this declaration based upon personal knowledge and, if I were called as a witness, I am competent to testify to the matters contained in this declaration.

2. On or about July 17, 2019, I became aware that a Kansas City-based dance company, Quixotic Entertainment, requested that we publicize the opening of its show, "Sensatia," in Kansas City that had previously been performed in Florida. On August 19th, Quixotic provided for our use via a Google Drive link a number of photographs including the two photographs that are at issue in this lawsuit.

3. We ran a brief public announcement on August 20, 2019 about the opening of the Sensatia show in Kansas City and included the photographs that plaintiff alleges we infringed. The public announcement was written and uploaded from Kansas City.

4. The public announcement appeared on our Facebook page as a link to our website which resides on a server located in Kansas City, Missouri. The website address for our website is: www.inkansascity.com.

5. The public announcement was not on a page in which any advertising appeared.

6. The two photographs never appeared in our magazine, *In Kansas City*.

7. We do not market to St. Louis as our public announcements and magazine are about Kansas City lifestyle for Kansas Citians interested in what is happening in the Kansas City metropolitan area.

8. KC Media does not have any employees or offices located in St. Louis.

9. I am the Registered Agent for KC Media LLC and am listed with the Missouri Secretary of State as having an address in Kansas City. I reside and work in Kansas City.

10. Plaintiff served me with a copy of the Complaint and service of process in Kansas City.

11. KC Media does not do business in St. Louis and neither I nor my employees travel to St. Louis for business reasons.

12. Any documents connected to KC Media are located in Kansas City.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 22nd day of June, 2020 in Kansas City, Missouri.

_____
Zim Loy