UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

IVAN BELAUSTEGUI,

                     Plaintiff,

- against -

KC MEDIA LLC

                     Defendant.

Docket No. 4:20-cv-00531-NAB

JURY TRIAL DEMANDED

## AMENDED COMPLAINT

Plaintiff Ivan Belaustegui ("Belaustegui" or "Plaintiff") by and through his undersigned counsel, as and for his Amended Complaint against Defendant KC Media LLC ("KC Media" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of copyrighted photographs of the Sensatia Cirque Cabaret, owned and registered by Belaustegui, a professional photographer. Accordingly, Belaustegui seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Missouri and is registered with the Missouri Department of State Division of Corporations.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a).

5. The original venue in which Plaintiff filed, Eastern District of Missouri, is more convenient for Plaintiff than the Western District as it is more economical for Plaintiff to proceed in the original venue. Plaintiff does not intend to call any third-party witnesses to trial and, if he does, it shall be at his own expense.

6. Upon information and belief, Defendant cannot show that Plaintiff's choice of venue will cause Defendant economic hardship or inconvenience to any party witnesses. Nor can Defendant show that any third-party witnesses will be prejudiced if the action is allowed to proceed to trial in the original forum.

7. The Eastern District courthouse in St. Louis is located less than four hours drive from the Western District courthouse in Kansas City.

**PARTIES**

8. Belaustegui is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 8512 East Dixie Highway, Miami, Florida 33138.

9. Upon information and belief, KC Media is a limited liability company duly organized and existing under the laws of the State of Missouri, with a place of business at 118 Southwest Blvd, 2nd Floor, Kansas City, Missouri 64108.

10. Upon information and belief, KC Media is registered with the Missouri Department of Corporations to do business in Missouri.

11. At all times material hereto, KC Media has owned and operated a Website at the URL: www.InKansasCity.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photographs

12. Belaustegui photographed the Sensatia Cirque Cabaret (the "Photographs"). A true and correct copy of the Photographs is attached hereto as Exhibit A.

13. Belaustegui is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

14. The Photographs were registered with United States Copyright Office and were given Copyright Registration Number VA 2-178-012, with effective date October 29, 2019 (the "012 Registration").  Attached as Exhibit B is a true and correct copy of the 012 Registration.

### B. Defendant's Infringing Activities

15. KC Media ran an article on the Website entitled *Whoa! Quixotic is Poised to Unleash One Helluva "Sexy" New Show In October At Crown Center.* The article featured the Photographs. See: https://www.inkansascity.com/arts-entertainment/nightlife/whoa-quixotic-is-poised-to-unleash-one-helluva-sexy-new-show-in-october-at-crown-center/. Screenshots of the Photograph on the Website are attached hereto as Exhibit C.

16. KC Media did not license the Photographs from Plaintiff for its Website, nor did KC Media have Plaintiff's permission or consent to publish the Photographs on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
## (17 U.S.C. §§ 106, 501)

17. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-16 above.

18. KC Media infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. KC Media is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

19. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

20. Upon information and belief, the foregoing acts of infringement by KC Media have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

21. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant KC Media be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement;

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: July 13, 2020
Valley Stream, New York

Respectfully Submitted:

**s/richardliebowitz/**
By: Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
F: (516) 612-2740
RL@LiebowitzLawFirm.com

*Counsel for Plaintiff*