UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IVAN BELAUSTEGUI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-00531-NAB |
| ) | |
| KC MEDIA LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Nannette A. Baker to District Judge Catherine D. Perry.

July 20, 2020               *Gregory J. Linhares*
Date                              Clerk of Court

                    By:   /s/ Melanie Berg
                              Deputy Clerk


**In all future documents filed with the Court, please use the following case number: 4:20-CV-00531-CDP**