UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IVAN BELAUSTEGUI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20 CV 531 CDP |
| ) | |
| KC MEDIA LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This copyright infringement action was recently reassigned to me from another judge in this district. In view of the pending motion to dismiss or to transfer venue, and plaintiff's recently filed amended complaint to which a responsive pleading or motion is not yet due, I will remove the scheduled Rule 16 conference from the Court's July 23 docket to be reset when plaintiff's claim in this case is at issue.

Accordingly,

**IT IS HEREBY ORDERED** that the Rule 16 scheduling conference presently set for July 23, 2020, is removed from the docket and will be reset, if necessary, upon further order of the Court.

**IT IS FURTHER ORDERED** that defendant shall answer or file a motion directed to plaintiff's amended complaint within the time prescribed by the federal

rules, or inform the Court within such time whether the pending motion to dismiss or to transfer venue should be directed to the amended complaint instead of being denied as moot.

_/s/ Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2020.