UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IVAN BELAUSTEGUI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20 CV 531 CDP |
| KC MEDIA LLC, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that defendant's Motion to Renew Motion to Dismiss or Transfer for Improper Venue and Motion for Costs and Fees [16] is **GRANTED**. I will consider defendant's earlier filed Motion to Dismiss or, Alternatively, Motion to Transfer for Improper Venue and Motion for Costs and Fees (ECF 10) as being directed to plaintiff's amended complaint. Plaintiff must file a written response to this motion within fourteen (14) days of the date of this Order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2020.