UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IVAN BELAUSTEGUI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20 CV 531 CDP |
| ) | |
| KC MEDIA LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this date, and Fed. R. Civ. P. 58(a),

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice under Fed. R. Civ. P. 12(b)(3) for improper venue.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2020.