# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IVAN BELAUSTEGUI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KC MEDIA LLC, )<br>)<br>Defendant. ) | Civil Action No. 4:20-cv-531NAB |

## DEFENDANT'S STATEMENT FOR ATTORNEY'S FEES AND COSTS

This Court on August 17, 2020 issued a Memorandum and Order which, in part, awarded attorney's fees and costs to KC Media and required KC Media to file supporting documentation. *See Order, Docket #19.* KC Media files this statement and a declaration of its counsel in support of its request for fees.

KC Media seeks reasonable attorney's fees based upon the "lodestar" method—*i.e.*, reasonable hours worked multiplied by reasonable hourly rates. *See, e.g.*, *Bryant v. Jeffrey Sand Co.*, 919 F.3d 520, 529 (8th Cir. 2019) (prescribing lodestar method as starting point for fees requests); *Pinkham v. Camex, Inc.*, 84 F.3d 292, 294 (8th Cir. 1996) (applying lodestar method to fees request by prevailing party in copyright suit).

Here, KC Media seeks reasonable fees as fully demonstrated by the supporting declaration. The undersigned David Rein has been practicing for 27 years and is of counsel at the intellectual property law firm of Erickson Kernell IP, LLC and charges KC Media $330 an hour. *See Declaration of David L. Rein Jr.*, attached as Exhibit A.

The chart below totals the time from the invoice attached to the declaration of Mr. Rein. It totals the billed attorney and paralegal time and fees for the entire case; for the billed attorney time

and fees only directly connected to the Motion to Dismiss/Renewed Motion to Dismiss; and the unbilled attorney time for preparing this Statement, the declaration of Mr. Rein, and other supporting documents:

|  | **Hourly Rates** | **Time Billed** | **Total Fees** |
|---|---|---|---|
| Billed Total Time | Attorney $330 | 36.5 | $12,045 |
|  | Paralegal $150 | 1.5 | $225 |
| Billed Time Directly Connected to the Motion to Dismiss | $330 | 25.6 | $8,448 |
| Unbilled Time for This Statement | $330 | 2.4 | $792 |

*See* Exhibit A.

"When determining reasonable hourly rates, district courts may rely on their own experience and knowledge of prevailing market rates." *Bryant*, 919 F.3d at 529 (quoting *Hanig v. Lee*, 415 F.3d 822, 825 (8th Cir. 2005)). "A reasonable rate is the rate that a reasonable, paying client would be willing to pay," so the actual billing arrangements are an indication of what reasonable clients would pay for services. *Broadcast Music, Inc. v. Pamdh Enters., Inc.*, Case No. 13-CV2255, 2014 WL 2781846, at *6 (S.D. N.Y. June 19, 2014) (internal quotations omitted); *accord ICU Med., Inc. v. Alaris Med. Sys., Inc.*, No. 04-00689, 2007 WL 6137002 at *3 (C.D. Cal. June 28, 2007) (explaining that a "particular attorney's billing rate is relevant, but not dispositive, evidence of a reasonable hourly rate.") (collecting authority).

The requested rates are reasonable, as they are the contracted-for rate that KC Media agreed to pay. *E.g.*, *Broadcast Music*, 2014 WL 2781846, at *6. The rates are also well within the market

rates charged in Missouri by attorneys with similar expertise. For instance, the hourly rate of Mr. Rein is well below the top 20 listed partner rates ($645–$865) for Missouri, as reported in *Missouri Lawyers Weekly*. *See* Ex. B Billing Rates 2019: The data at 1. It is even below the midpoint of the range for associate's hourly rates ($185–$565). *Id*.

Likewise, the time expended is reasonable. As this Court noted, plaintiff's counsel caused the issue by purposefully filing in the wrong venue even though there was absolutely no connection with the Eastern District of Missouri. *See,* Order at 7-8. This Court also noted that plaintiff's counsel further multiplied the proceedings by filing an "amended complaint that continued to assert venue in this district based only on convenience without factual or legal support." *Id.*

The cost of $100 is listed on the invoice for the *Pro Hac Vice* admission fee, which would not have been necessary in the proper venue. *See* Exhibit A.

Accordingly, this Court may award reasonable fees in the amount of $13,062 (total billed fees plus time for preparing this Statement) or $9,240 (billed time related to motion to dismiss plus time for preparing this Statement) plus $100 in cost, and such other and further relief as this Court deems fair and equitable.

                                      Respectfully submitted,

                                      By: */s/ David L. Rein, Jr.*
                                           David L. Rein, Jr. #43411
                                           ERICKSON KERNELL IP, LLC
                                           8900 State Line Road, Suite 500
                                           Leawood, Kansas 66206
                                           Telephone: 913-549-4700
                                           Facsimile: 913-549-4646
                                           Email: drein@kcpatentlaw.com

                                     *Attorney for Defendant KC Media LLC*

-4-

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2020, the foregoing Defendant's Statement for Attorney's Fees and Costs was filed with the Clerk of the Court to be served via the Court's ECF system upon counsel of record.

/s/ David L. Rein Jr.