IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IVAN BELAUSTEGUI,                )<br>                                                   )<br>                    Plaintiff,         )<br>                                                   )   Civil Action No. 4:20-cv-531NAB<br>        v.                                         )<br>                                                   )<br>KC MEDIA LLC,                        )<br>                                                   )<br>                    Defendant.     ) | |

## **DECLARATION OF DAVID L. REIN JR.**

I, David L. Rein Jr., hereby declare as follows:

1. I am lead counsel of record for Defendant KC Media LLC in this lawsuit. I submit this declaration in support of KC Media's Statement for Attorney's Fees and Costs. I make this declaration based on my personal knowledge and, if called as a witness, am competent to testify to the matters herein.

2. I am of counsel at the law firm, Erickson Kernell IP, LLC, based in Leawood, Kansas, where I focus on all aspects of copyright, trademark, and trade secrets. I have litigated commercial and intellectual property cases since 1994. Prior to 1994, I clerked for the Honorable Judge Dean Whipple in the United States District Court for the Western District of Missouri. My knowledge of copyright law is also reflected in that I am an author of, among other things, a chapter in the reference book, *Copyright Litigation Strategies* (Dale Cendali and J. Michael Keyes eds, 2017)*;* served as the Vice-Chair of the Copyright Division and continue to serve in a number of other capacities with the American Bar Association. I am a Co-Chair of the Rocky Mountain Region of the Copyright Society of the USA. More information about my professional biography if found at: https://www.kcpatentlaw.com/people/person/david-rein.

3.      I attach as Exhibit 1 a true and accurate copy of the invoice submitted to KC Media through August 18, 2020.

4.      The invoice reflects a total amount of $12,337 in fees through August 18, 2020. That amount also includes 1.5 hours of paralegal time (with the initials LJK) at a rate of $150/hour billed to the client.  If just the attorney time is considered, I billed 35.6 hours of time for attorney fees of $12,045.  Some entries have been partially blacked out to protect work product and attorney-client communications.

5.      I have highlighted some entries in yellow which reflect the time spent directly on the Motion to Dismiss or Alternative Motion to Transfer and for Fees as well as the Renewed Motion.  This time is just attorney time and totals 25.6 hours of time for a total of $8,448.

6.      I also have unbilled time to prepare this Statement, this declaration, and the other supporting documentation.  The total time to prepare these documents is 2.4 hours for a total of $792.

7.      My hourly rate contracted with KC Media is $330 per hour.  Although I reside in Golden, Colorado, there is no travel time included in the billed or unbilled time, and my rates are based upon the market that the law firm establishes for lawyers based in the Kansas City metropolitan area.

8.      The taxable cost pursuant to 28 U.S.C. § 1920 of $100 for the *Pro Hac Vice* admission fee and is reflected on Exhibit 2.  This fee would not have been incurred if plaintiff had filed in the correct venue.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 24th day of August, 2020 at Jefferson County, Colorado.

                                        */s/ David L. Rein Jr.*
                                             David L. Rein Jr.