# DECLARATION EXHIBIT 1

Erickson | Kernell IP, LLC
8900 State Line Road, Suite 500
Leawood, KS 66206
Phone: 913/549-4700
Fax: 913/549-4646
Federal ID: 91-2192497

KC Media LLC
118 Southwest Boulevard, 2nd Floor
Kansas City MO 64108

Attn: Zim Loy

Page: 1
08/19/2020
Account No: 5268-001M
Invoice No: 93067

Ivan Belaustegui v KC Media LLC

Fees through 08/19/2020

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 05/14/2020 | DLR | Initial review of Complaint and docket; phone calls and correspondence with ▮▮▮▮ regarding potential representation of KC Media | | 0.50 | n/c |
| 05/15/2020 | DLR | Initial correspondence and follow up with KC Media regarding the Complaint | | 0.30 | n/c |
| 05/18/2020 | DLR | Initial investigation as to facts related to the publication of the images at issue | 330.00 | 0.50 | 165.00 |
| | DLR | Correspondence with opposing counsel for an extension to respond to the Complaint; review agreement from opposing counsel | 330.00 | 0.10 | 33.00 |
| 05/19/2020 | DLR | Continue fact investigation and conference call ▮▮▮▮ | 330.00 | 0.90 | 297.00 |
| 05/20/2020 | DLR | Initial efforts to comply with the Eastern District of Missouri to appear before the court; order Certificate in Good Standing | | 0.40 | n/c |
| 06/01/2020 | DLR | Complete Pro Hac Vice Motion to appear before the court in the Eastern District of Missouri | | 0.20 | n/c |
| 06/11/2020 | DLR | Initial outline of an Answer to the Complaint | 330.00 | 0.40 | 132.00 |
| | DLR | Continue fact investigation and reminder to ▮▮▮▮ | 330.00 | 0.20 | 66.00 |
| 06/12/2020 | DLR | Continued efforts regarding an Answer to the Complaint and affirmative defenses | 330.00 | 0.70 | 231.00 |
| 06/13/2020 | DLR | Correspondence with opposing counsel concerning his client's demand | 330.00 | 0.10 | 33.00 |
| 06/14/2020 | DLR | Phone call with opposing counsel; agree to discuss potential settlement with client; plaintiff's counsel provided an extension of time to respond to Complaint | 330.00 | 0.20 | 66.00 |

KC Media LLC

Ivan Belaustegui v KC Media LLC

Page: 2
08/19/2020
Account No: 5268-001M
Invoice No: 93067

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/15/2020 | LJK | Prepare draft Consent Motion for Extension of Time to Respond to Complaint; prepare Proposed Order; forward to DLR for review; file with Court | 150.00 | 0.80 | 120.00 |
| | DLR | Follow up regarding potential settlement | 330.00 | 0.10 | 33.00 |
| | DLR | Motion for Extension of Time to respond to extend date by seven days; provided draft to opposing counsel for approval; received approval | 330.00 | 0.20 | 66.00 |
| 06/19/2020 | DLR | Follow up with the client regarding potential settlement | 330.00 | 0.10 | 33.00 |
| | DLR | Research on venue statutes, i.e. 28 U.S.C. 1406 and 28 U.S.C. 1391; research case law on the notion of where KC Media "may be found" for venue purposes; research concerning local rules as to venue within the district | 330.00 | 4.40 | 1,452.00 |
| 06/20/2020 | DLR | Research on personal jurisdiction issues (specific and general jurisdiction) with an emphasis on examination of jurisdiction analysis by the courts in the Eastern District of Missouri; initial draft of venue and personal; initial draft of argument to alternatively transfer to the Western District of Missouri | 330.00 | 5.80 | 1,914.00 |
| | DLR | Draft correspondence responding to opposing counsel declining offer and countering | 330.00 | 0.20 | 66.00 |
| 06/21/2020 | DLR | Detailed analysis of the *Mondragon v. Norsrak* decision out of Colorado as sanctions and summary of decisions from other courts as to improper venue; review of certain decisions from the Southern District of NY as to sanctions against plaintiff's counsel; complete research and initial draft on attorney's fees and costs; outline argument for dismissal and for attorney's fees | 330.00 | 4.60 | 1,518.00 |
| 06/22/2020 | LJK | Draft Corporate Disclosure Statement; forward to DLR for review; search for case filed against Quixotic Entertainment in Eastern District of Missouri and download pleadings | 150.00 | 0.50 | 75.00 |
| | DLR | Complete Motion to Dismiss or Alternative Motion to Transfer for Improper Venue and for Costs and Fees; complete declaration of Zim Loy; review case filed against Quixotic to determine if it could be used against plaintiff in support of the motion to transfer venue | 330.00 | 5.40 | 1,782.00 |
| 06/23/2020 | DLR | Correspondence with the client concerning corporate disclosures | 330.00 | 0.20 | 66.00 |
| 06/24/2020 | LJK | Update Corporate Disclosure Statement to list additional members of LLC; file with Court | 150.00 | 0.20 | 30.00 |
| | DLR | Complete corporate disclosure for filing with the court | 330.00 | 0.30 | 99.00 |
| 07/01/2020 | DLR | Settlement offer from plaintiff's counsel | 330.00 | 0.10 | 33.00 |
| 07/02/2020 | DLR | Correspondence with client as to plaintiff's settlement offer; follow up with opposing counsel | 330.00 | 0.20 | 66.00 |
| 07/07/2020 | DLR | Follow up with client regarding plaintiff's settlement offer | 330.00 | 0.30 | 99.00 |
| 07/08/2020 | DLR | Correspondence to opposing counsel declining offer and countering offer and requesting a proposed scheduling order | 330.00 | 0.10 | 33.00 |

KC Media LLC

Page: 3
08/19/2020
Account No:  5268-001M
Invoice No:  93067

Ivan Belaustegui v KC Media LLC

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 07/09/2020 | DLR | Review draft joint report from plaintiff's counsel received at 8:21 PM MT; revise dates to reflect that the case has been set for track 2; review for compliance with court's rules; draft correspondence to opposing counsel regarding the same | 330.00 | 0.70 | 231.00 |
| 07/10/2020 | DLR | Review Initial Disclosures from plaintiff (plaintiff's counsel also prematurely sent discovery requests); review discovery | 330.00 | 0.60 | 198.00 |
| | DLR | Correspondence from opposing counsel agreeing with the revised scheduling; draft additional correspondence to opposing counsel to complete the proposed scheduling order | 330.00 | 0.10 | 33.00 |
| 07/13/2020 | DLR | Follow-up with ▮▮▮▮ to continue fact investigation | 330.00 | 0.10 | 33.00 |
| 07/14/2020 | DLR | Review Amended Complaint and exhibits filed by opposing counsel without notice; compare to Complaint to determine revisions | 330.00 | 0.70 | 231.00 |
| 07/20/2020 | DLR | Respond to request for Magistrate Judge Jurisdiction; review Order from the court reassigning the case to Judge Catherine Perry and requesting response from KC Media | 330.00 | 0.20 | 66.00 |
| 07/21/2020 | DLR | Research and outline argument that the Amended Complaint did not address the underlying basis of the Motion to Dismiss and that the original motion should be renewed | 330.00 | 0.90 | 297.00 |
| | DLR | Research and outline whether the filing of the Amended Complaint was proper | 330.00 | 0.50 | 165.00 |
| 07/22/2020 | DLR | Draft motion to renew and specify those arguments that the Amended Complaint does not address; respond to the additional claims added in the Amended Complaint | 330.00 | 3.30 | 1,089.00 |
| | DLR | Efforts to respond to plaintiff's request for written discovery | 330.00 | 0.40 | 132.00 |
| 07/23/2020 | DLR | Draft and serve Rule 26 disclosures to opposing counsel; remind counsel that discovery was premature and request he revise his client's initial disclosures so that they comply with the Federal Rules | 330.00 | 0.70 | 231.00 |
| | DLR | Continue factual investigation | 330.00 | 0.40 | 132.00 |
| | DLR | Discuss ▮▮▮▮ with client ▮▮▮▮ | 330.00 | 0.30 | 99.00 |
| 07/24/2020 | DLR | Correspondence to client ▮▮▮▮ | 330.00 | 0.10 | 33.00 |
| | DLR | Review recent and lengthy decision from the Southern District of New York sanctioning plaintiff for potential use in motion to dismiss | 330.00 | 0.80 | 264.00 |
| 07/27/2020 | DLR | Review Notice by plaintiff's counsel filing the same decision issued by the Southern District of New York reviewed earlier that detailed misconduct | 330.00 | 0.10 | 33.00 |
| 07/28/2020 | DLR | Review Order granting KC Media's motion to renew the motion to dismiss | 330.00 | 0.10 | 33.00 |

KC Media LLC

Page: 4
08/19/2020
Account No: 5268-001M
Invoice No: 93067

Ivan Belaustegui v KC Media LLC

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 08/10/2020 | DLR | Correspondence with opposing counsel and ▮ as to settlement issues | 330.00 | 0.20 | 66.00 |
| | DLR | Correspondence with opposing counsel regarding settlement | 330.00 | 0.10 | 33.00 |
| 08/11/2020 | DLR | Phone call with client as to ▮ | 330.00 | 0.30 | 99.00 |
| 08/14/2020 | DLR | Correspondence ▮ | 330.00 | 0.20 | 66.00 |
| 08/17/2020 | DLR | Review Order from the Court dismissing the case and awarding fees; review docket text dismissing the case without prejudice as well as reporting the same to the Copyright Office | 330.00 | 0.30 | 99.00 |
| | DLR | Phone call from opposing counsel regarding settlement and Order from the Court | 330.00 | 0.20 | 66.00 |
| 08/18/2020 | DLR | Phone call to ▮ | 330.00 | 0.10 | 33.00 |
| | | Total Fees | | 38.00 | 12,237.00 |
| | | Total Non-billable Hours | | 1.40 | |

Expenses through 08/19/2020

| | | | | |
|---|---|---|---|---|
| 06/01/2020 | | DLR Pro Hac Vice admission fee | | 100.00 |
| | | Total Expenses | | 100.00 |

**TOTAL FEES AND EXPENSES (this invoice)**   12,337.00