# EXHIBIT B



# Welcome to Billing Rates 2019

This year's edition features an expansive set of data. We found rates for 213 Missouri-based attorneys and 77 Missouri staff members. We also feature rates for 18 lawyers and staff who work at out-of-state offices of Missouri or metro-area firms. For more rates of out-of-state attorneys who did work in Missouri in the last year, please visit us online at molawyersmedia.com.

A large portion of that data is thanks to a massive class-action settlement with Syngenta regarding its use of genetically modified corn. A federal judge gave final approval late last year to a $1.51 billion class-wide settlement — the largest Missouri case of 2018 as tracked by Missouri Lawyers Media.

A third of that settlement went to fees for hundreds of lawyers across the country who aided in the litigation. The filings in support of that fee application also reveal the biggest hourly fees in this year's Billing Rates edition — $865 an hour for the partners at Stueve Siegel Hanson and Gray, Ritter & Graham who led the case.

The median hourly rate for Missouri lawyers as a whole was $370 an hour, up from the $318 median rate we reported in 2018. Outside of the state's two metropolitan areas, the median remained at $250.

In Kansas City, the median rate was $405 an hour, up from $350 the prior year. The median partner charged $475 an hour, while the median associate rate was $345. In St. Louis, the median rate was $343, with the median partner charging $390 and the median associate charging $298. St. Louis figures were calculated from a pool of 96 attorneys, while the Kansas City figures were from a pool of 178 lawyers.

### HOURLY RATES FOR
**213** Missouri attorneys
**77** Missouri staff
**18** Out-of-state attorneys

### ■ METHODOLOGY

Missouri Lawyers Media gathers hourly rates from fee applications filed with courts within the past 12 months. Rate information from courts generally came from bankruptcy cases, class-action lawsuits and cases in which the prevailing side was able to request its legal costs under a fee-shifting statute, such as in employment and civil-rights cases. Some rates also came from agreements with public entities for legal advice on specific projects.

Where possible, we use the attorney's standard or customary rates, rather than the rate the court applied or discounted rates offered to a particular client. Rates can vary according to the case or client, so one listed rate for an attorney might not apply in other cases.

The rates are a sampling only. Though drawn from recent court filings, some fee requests were for work performed in previous years, so rates might have changed in the meantime. Wherever possible, we have used the most recent available rates.

Attorneys are listed with the firm or organization where they worked at the time the fee request was made. They might have changed firms or been promoted since then, or the firm might have changed names or ceased to exist.

Information on titles, practice specialties and office locations comes primarily from fee applications, supplemented with information from firm websites. Practice listings typically describe the type of case for which the fee was incurred, which might not be the attorney's main area of practice.

Attorneys and staff in offices near the metropolitan St. Louis area in Illinois and the metropolitan Kansas City area in Kansas were counted as in-state rates. If it was not clear where staff members were located, we generally list them as being in the location of the firm's headquarters.

*Reporters Scott Lauck, Jessica Shumaker and Nicholas Phillips, and freelance researcher Jennie Goodman researched the listings.*

# Lawyer's fees prompt fight under Sunshine Law

**By Scott Lauck**
slauck@molawyersmedia.com

A media organization in Kansas City is in the midst of a Sunshine Law fight with Clay County after an attempt to see how much an attorney was charging the county resulted in a large legal bill.

"If this is not 'Alice in Wonderland,' I don't know what it is," said Bernie Rhodes of Lathrop Gage, an attorney for The Kansas City Star. "Where does the rabbit hole end?"

Cypress Media LLC, which operates The Star, sued Clay County in May alleging the county had violated the Sunshine Law by trying to charge The Star $4,200 to fulfill a request for records. A reporter for The Star, curious about the county's contract for outside legal work with Spencer Fane, had requested copies of itemized billing statements and invoices.

W. Joseph Hatley, a Spencer Fane partner representing the county, said in a letter to The Star's attorney that it would take him 15 minutes per page to review the 45 pages of his own bills for any privileged material. The resulting day-and-a-half job, Hatley estimated, would come to about $4,200 at $373.50 per hour, the rate he charged the county. (Hatley's standard rate, according to the court filing, was $415 an hour.)

Rhodes, in a letter responding to Hatley, called that an "inflated" estimate meant to hide the billing entries from disclosure. To illustrate, Rhodes said he was able to review a similar stack of billing documents "during a single episode of NCIS: New Orleans (including fast-forwarding through the commercials)."

Rhodes charges The Star a rate of $425 per hour, discounted from his usual $610, he said. The total cost for his review was $382.50.

The lawsuit has been delayed in Clay County Circuit Court while the Supreme Court appointed an outside judge to handle the matter. The county hasn't formally responded to the suit. Hatley didn't respond to a request for comment.

If The Star ultimately prevails, it might be able to recover its attorneys' fees. Until recently, actually recovering such fees seemed a dim possibility. But recent rulings have given some lawyers hope.

In February, Jackson County Circuit Judge S. Margene Burnett ordered the city of Raytown to pay $4,000 in civil penalties and more than $38,000 in attorneys' fees after it refused to release records concerning an intersection where a fatal vehicle crash occurred.

The city had cited the information's potential use for litigation against the city, but Burnett found the refusal constituted a knowing and purposeful violation of the Sunshine Law. The city, she wrote, had tried to use the law as a "shield to hide behind rather than shed light on potentially inappropriate government activity."

Plaintiffs who are wrongfully denied access to public records may recover their attorneys' fees at the judge's discretion if the agency denial was "knowing," and the fee award is mandatory if the violation is "purposeful." But in 2016, the Missouri Supreme Court held in *Laut v. City of Arnold* that a knowing violation "requires proof that the public entity knew that its failure to produce the report violated the Sunshine Law." A dissent in that case said such a stringent definition made a knowing violation the "functional equivalent" of a purposeful violation.

The Jackson County ruling came a month after the Court of Appeals Western District affirmed a different judge's ruling last year that the Cole County Prosecuting Attorney had violated the law by failing to turn over records for a drug task force. That case involved a $12,000 civil penalty and an award of $14,000 in attorneys' fees.

Rhodes said despite those victories, he still advises clients to be aware that they might get stuck with the bill. As a result, he said, most are limiting Sunshine Law suits to only those situations that are plainly illegal and serve an important point.

"I'm happy to ask for fees, but they should be prepared to go forward with the lawsuit without assuming they're going to get their fees paid," he said.

The case is *Cypress Media LLC v. Clay County*, 19CY-CV05332.

AUGUST 2019 | Missouri Lawyers Media | WWW.MOLAWYERSMEDIA.COM

BILLING RATES   BR3

# Judge: Watch for 'red flags' in fee requests

By SCOTT LAUCK
slauck@molawyersmedia.com

If you've ever thought submitting an application for attorneys' fee is a tedious and time-consuming job, think of the judge on the receiving end of your request.

"We want to be lawyers, not accountants," said Judge Nanette K. Laughrey.

Laughrey, a senior U.S. district judge for the Western District of Missouri, gave her candid thoughts on awarding attorneys' fees in federal litigation during a May 30 CLE program organized by the National Association of Legal Fee Analysis. Joined by James G. Carr, a senior judge for the Northern District of Ohio, Laughrey stressed the importance of crafting a solid and reasonable fee request.

"It's worth your time and doing a good job in front of the district court if you want to be successful on your fee application or you want to defeat a fee application," she said.

By that, Laughrey didn't necessarily mean that it should be as detailed as possible, nor that it should shoot for the moon in an attempt to get the biggest award possible. As a long-sitting judge in Missouri who often has watched the case unfold from the time it was filed, Laughrey said she typically makes a "gut call" as to whether the fee request makes sense.

"Once there's a red flag, there's much more scrutiny," she said. "For the most part, I look at the fees, I have a gut reaction to them, I compare them to other fees I've awarded in similar kinds of cases, and it's not a complicated process. But when it is a complicated process, it's much more time-consuming."

Carr agreed, saying attorneys should avoid putting the judge in the position of acting like a cost-conscious client demanding to know what every charge was for.

"I'll be quite blunt: It's the one part of my job I don't look forward to a whole lot," Carr said.

Both judges said they dislike challenging lawyers on their fee applications, which can feel like a challenge to the lawyers' integrity and skillfulness. Both also said they prefer to reduce either the hourly rate or the number of hours awarded rather than deny an award outright.

Still, there are some red flags they watch for. Laughrey said she sometimes will see applications in which a lawyer has claimed more than 24 hours of time in a single day. That seemingly impossible outcome can be a product of the lawyers' minimum increment of time — the task took only a minute, but the lawyer tracks his or her time in 10ths of an hour.

"If the judge sees that you're working more than 24 hours in a day, there's something there going on that doesn't make sense," she said.

Laughrey said she requires fee applications to be submitted in searchable form so her staff can convert the contents to a spreadsheet for easy analysis.

In November 2018, Laughrey presided over a particularly testy fee fight in a Missouri case that went to the U.S. Supreme Court. Trinity Lutheran Church prevailed in a religious-discrimination suit after the state of Missouri refused to let the church's daycare participate in a program to use recycled tire scraps to resurface its playground.

After prevailing in the high court, the attorneys for the church asked for more than $890,000 in fees. Laughrey approved less half of that, with a final award of about $434,000.

The church primarily was represented by Alliance Defending Freedom, a Christian organization that handles religious-freedom cases. Laughrey said the attorneys had excessive hours for basic research and case preparation, and that some lawyers asked for fees that were out of line for what was ultimately a Missouri case.

"There's a real relationship between the hourly rate and what's an excessive fee or excessive billing," she said. "If you're getting $500 an hour, and you're doing very, very basic research in an area you should know about, that's probably excessive, given that rate."

In contrast, Laughrey pointed to a groundbreaking class-action lawsuit involving recordkeeping fees charged to a 401(k) plan. The case, which has gone on for more than 12 years, reached a $55 million preliminary settlement earlier this year.

Although the fee applications hadn't been submitted at the time Laughrey spoke, she said she would likely consider such factors as the complexity and longevity of the case, as well as the fact that it was the first case to go to a trial using what was then a little-used provision of the Employee Retirement Income Security Act.

Laughrey noted that, while there are good First Amendment lawyers across the country, the St. Louis law firm of Schlichter Bogard & Denton became national experts in ERISA litigation.

"They certainly seem to have earned their money," she said.

The law firm subsequently has submitted a request for $18.3 million in fees, constituting a third of the settlement fund. Laughrey is scheduled to consider the application at the settlement's final hearing on Aug. 13.



**ATTORNEY RATE RANGES**

ST. LOUIS: $865, $865; Partners median rate: $350; Median rate: $343; Associates median rate: $298; $160, $160, $185

KANSAS CITY: $865, $865; Partners median rate: $475; Median rate: $405; Associates median rate: $345; $195, $195, $225

MISSOURI: $865; Median rate: $370; $160

OUTSTATE MISSOURI: $550; Median rate: $250; $165

SUPPORT STAFF*: $425; Median rate: $175; $80

*For Missouri-based firms; may be in other locations

## HIGHEST MISSOURI RATES

| RANK | FIRM | HOURLY RATE | NAME | TITLE | CITY | PRACTICE |
|---|---|---|---|---|---|---|
| 1 | Gray, Ritter & Graham | $865 | Don Downing | Director/Shareholder | St. Louis | Class Action/MDL |
| 1 | Stueve Siegel Hanson | $865 | Norman Siegel | Partner | Kansas City | Class Action/MDL |
| 1 | Stueve Siegel Hanson | $865 | Patrick Stueve | Partner | Kansas City | Class Action/MDL |
| 4 | Holland Law Firm | $850 | Eric D. Holland Sr. | Partner | St. Louis | Class Action/MDL |
| 5 | Gray, Ritter & Graham | $825 | Gretchen Garrison | Principal | St. Louis | Class Action/MDL |
| 5 | Stueve Siegel Hanson | $825 | Steve Six | Partner | Kansas City | Class Action/MDL |
| 7 | Shook, Hardy & Bacon | $770 | Stan Sexton | Partner | Kansas City | Public Interest Class Action |
| 8 | Stinson Leonard Street | $730 | Daniel Bukovac | Partner | Kansas City | Class Action/MDL |
| 9 | Shamberg, Johnson & Bergman | $725 | Lynn Johnson | Partner | Kansas City | Class Action/MDL |
| 9 | Stueve Siegel Hanson | $725 | Rachel Schwartz | Partner | Kansas City | Class Action/MDL |
| 9 | Walters Bender Strohbehn & Vaughan | $725 | Thomas Bender | Partner | Kansas City | Class Action/MDL |
| 12 | Gray, Ritter & Graham | $695 | Jason Sapp | Partner | St. Louis | Class Action/MDL |
| 12 | Stueve Siegel Hanson | $695 | Bradley Wilders | Partner | Kansas City | Class Action/MDL |
| 14 | Shook, Hardy & Bacon | $680 | Andrew Carpenter | Partner | Kansas City | Public Interest Class Action |
| 15 | Miller Schirger | $675 | John Schirger | Partner | Kansas City | Class Action/MDL |
| 15 | Miller Schirger | $675 | Matthew Lytle | Partner | Kansas City | Class Action/MDL |
| 15 | Paul LLP | $675 | John Cracken | Of Counsel | Kansas City | Class Action/MDL |
| 18 | Paul LLP | $650 | Rick Paul | Partner | Kansas City | Class Action/MDL |
| 19 | Armstrong Teasdale | $645 | Scott Hunt | Partner | St. Louis | Bankruptcy |
| 19 | Armstrong Teasdale | $645 | William M. Corrigan Jr. | Partner | St. Louis | Breach of Contract |
| 19 | Thompson Coburn | $645 | Mark Bossi | Partner | St. Louis | Bankruptcy |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **ACCESS DISABILITY** | | | | | |
| $202 | David D. Camp | Partner | St. Louis | Social Security Disability | 2019 |
| **AFFINITY LAW GROUP** | | | | | |
| $315 | J. Talbot Sant Jr. | Of Counsel | St. Louis | Bankruptcy | 2019 |
| **ALLIANCE DEFENDING FREEDOM** | | | | | |
| $495 | Erik Stanley | Senior Counsel | Leawood, Kansas | First Amendment Litigation | 2018 |
| $450 | Joel Oster | Senior Counsel | Leawood, Kansas | First Amendment Litigation | 2018 |
| **ARMSTRONG TEASDALE** | | | | | |
| $645 | Scott Hunt | Partner | St. Louis | Bankruptcy | 2019 |
| $645 | William M. Corrigan Jr. | Partner | St. Louis | Breach of Contract | 2019 |
| $605 | David Going | Partner | St. Louis | Bankruptcy | 2019 |
| $605 | Richard Engel Jr. | Partner | St. Louis | Bankruptcy | 2019 |
| $485 | Jeffrey L. Schultz | Partner | St. Louis | Breach of Contract | 2019 |
| $455 | Scott Jensen | Partner | St. Louis | Bankruptcy | 2019 |
| $425 | Eric Walter | Partner | St. Louis | Breach of Contract | 2019 |
| $325 | Ben Musholt | Associate | Jefferson City | Bankruptcy | 2019 |
| $325 | Erin Edelman | Associate | St. Louis | Bankruptcy | 2019 |
| $325 | John Willard | Associate | St. Louis | Bankruptcy | 2019 |
| $325 | Lucas Pendry | Associate | St. Louis | Breach of Contract | 2019 |
| $295 | John Moore | Associate | St. Louis | Bankruptcy | 2019 |
| $275 | Patricia Beckerle | Associate | St. Louis | Bankruptcy | 2019 |
| $260 | Han Liu | Associate | St. Louis | Bankruptcy | 2019 |
| $215 | Theresa Ritter | Paralegal | St. Louis | Bankruptcy | 2019 |
| $180 | Brandi Vogt | Paralegal | St. Louis | Bankruptcy | 2019 |
| $150 | Barbara Bathe | Specialist | St. Louis | Bankruptcy | 2019 |
| $150 | Julia Renaud | Specialist | St. Louis | Bankruptcy | 2019 |
| $125 | Susan Williams-Umstead | Paralegal | Kansas City | Bankruptcy | 2019 |
| **BARRY S. GINSBURG, ATTORNEY AT LAW** | | | | | |
| $275 | Barry S. Ginsburg | Attorney | St. Louis | Breach of Contract | 2018 |
| **BRATCHER GOCKEL LAW** | | | | | |
| $500 | Lynne Bratcher | Partner | Kansas City | Employment | 2018 |
| $500 | Marie Gockel | Partner | Kansas City | Employment | 2018 |
| $150 | Mike Bell | Paralegal | Kansas City | Employment | 2018 |
| **BROWN & RUPRECHT** | | | | | |
| $300 | Frank Wendt | Partner | Kansas City | Business Litigation | 2018 |
| $195 | Kurt S. Brack | Partner | Kansas City | Business Litigation | 2018 |
| $85 | N/A | Paralegal | Kansas City | Business Litigation | 2018 |
| **BROWN & WATKINS** | | | | | |
| $550 | C. Jason Brown | Partner | Gower | Class Action | 2019 |
| $550 | Jayson Watkins | Partner | Gower | Class Action | 2019 |
| $100 | N/A | Paralegal | Gower | Class Action | 2019 |
| **CARMODY MACDONALD** | | | | | |
| $395 | Robert E. Eggmann | Principal | St. Louis | Bankruptcy | 2019 |
| $385 | Spencer Desai | Partner | St. Louis | Bankruptcy | 2019 |
| **COVER & HILTON** | | | | | |
| $200 | Cary V. Cover | Partner | Clinton | Receivership | 2019 |
| **DANNA MCKITRICK** | | | | | |
| $385 | A. Thomas DeWoskin | Principal | St. Louis | Bankruptcy | 2019 |
| **DAVID SCHROEDER LAW OFFICE** | | | | | |
| $300 | David Schroeder | Attorney | Springfield | Bankruptcy | 2019 |
| **DAVIS GEORGE MOOK** | | | | | |
| $575 | Tracey F. George | Partner | Kansas City | Class Action | 2019 |
| **DENNIS W. FOX & ASSOCIATES** | | | | | |
| $201 | Jennifer Van Fossen | Attorney | St. Louis | Social Security Disability | 2019 |
| **DOBSON, GOLDBERG, BERNS & RICH** | | | | | |
| $450 | Johnathan C. Berns | Partner | St. Louis | Employment | 2018 |
| **FISHER PATTERSON SAYLER & SMITH** | | | | | |
| $160 | Lawrence Pratt | Partner | St. Louis | Litigation | 2019 |
| **FOULSTON SIEFKIN** | | | | | |
| $525 | Scott Nehrbass | Partner | Kansas City, Kansas | ERISA Class Action | 2018 |
| $415 | J. Steven Massoni | Special Counsel | Kansas City, Kansas | ERISA Class Action | 2018 |
| $300 | Sara Otto | Associate | Kansas City, Kansas | ERISA Class Action | 2018 |
| **FREDRICH J. CRUSE, ATTORNEY AT LAW** | | | | | |
| $225 | Fredrich Cruse | Attorney | Hannibal | Bankruptcy | 2019 |
| $80 | Bobbi Daughtery | Paralegal | Hannibal | Bankruptcy | 2019 |
| **FREEDOM CENTER OF MISSOURI** | | | | | |
| $340 | Dave Roland | Attorney | Mexico | Sunshine Law | 2019 |
| **GHIO LAW FIRM** | | | | | |
| $400 | Matt Ghio | Partner | St. Louis | Employment | 2018 |
| **GOLDSTEIN & PRESSMAN** | | | | | |
| $325 | Norman Pressman | Member | St. Louis | Bankruptcy | 2019 |
| $225 | Robert Breidenbach | Member | St. Louis | Bankruptcy | 2019 |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **GORNY LAW FIRM** | | | | | |
| $600 | Steve Gorny | Founding Member | Kansas City | Sunshine Law | 2019 |
| $350 | Chris Dandurand | Attorney | Kansas City | Sunshine Law | 2019 |
| **GRANT, MILLER & SMITH** | | | | | |
| $350 | William Grant | Partner | St. Louis | Family Law | 2019 |
| **GRAVES GARRETT** | | | | | |
| $575 | Todd P. Graves | Partner | Kansas City | Election Law | 2018 |
| $460 | Edward D. Greim | Partner | Kansas City | Election Law | 2018 |
| $305 | Alan T. Simpson | Associate | Kansas City | Election Law | 2018 |
| $175 | Nichole E. Kruger | Paralegal | Kansas City | Election Law | 2018 |
| **GRAY, RITTER & GRAHAM** | | | | | |
| $865 | Don Downing | Director/Shareholder | St. Louis | Class Action/MDL | 2019 |
| $825 | Gretchen Garrison | Principal | St. Louis | Class Action/MDL | 2019 |
| $605 | Jason Sapp | Partner | St. Louis | Class Action/MDL | 2019 |
| $565 | Kaitlin Bridges | Associate | St. Louis | Class Action/MDL | 2019 |
| $400 | Cort VanOstran | Associate | St. Louis | Class Action/MDL | 2019 |
| $330 | Jack Downing | Associate | St. Louis | Class Action/MDL | 2019 |
| $295 | Jackie Statz | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $295 | Judy Stinson | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $225 | Charles Fasterling | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $175 | Cameron Roark | Law Clerk | St. Louis | Class Action/MDL | 2019 |
| **HARLAN STILL & KOCH** | | | | | |
| $207 | Frank Koch | Partner | Columbia | Social Security Disability | 2019 |
| **HEPLERBROOM** | | | | | |
| $360 | Steven M. Wallace | Partner | Edwardsville, Illinois | Bankruptcy | 2019 |
| $200 | Amanda R. McQuaid | Associate | Edwardsville, Illinois | Bankruptcy | 2019 |
| **HERREN, DARE & STREETT** | | | | | |
| $300 | David M. Dare | Partner | St. Louis | Bankruptcy | 2019 |
| **HKM EMPLOYMENT ATTORNEYS** | | | | | |
| $400 | S. Cody Reinberg | Attorney | St. Louis | Employment | 2019 |
| **HOLLAND LAW FIRM** | | | | | |
| $850 | Eric D. Holland Sr. | Partner | St. Louis | Class Action/MDL | 2019 |
| $500 | R. Seth Crompton | Partner | St. Louis | Class Action/MDL | 2019 |
| $250 | Philip Proud | Associate | St. Louis | Class Action/MDL | 2019 |
| **HOLLINGSHEAD & DUDLEY** | | | | | |
| $400 | Jeremy D. Hollingshead | Partner | St. Louis | Employment | 2018 |
| $400 | Nicholas Dudley | Partner | Kansas City | Employment | 2018 |
| $300 | John Moffitt III | Attorney | St. Louis | Employment | 2018 |
| $300 | Katie Rhoten | Associate | St. Louis | Employment | 2018 |
| $200 | Ben Coudret | Associate | St. Louis | Employment | 2018 |
| $100 | Ariana Hayes | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Christopher Sandifer | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Emma Wilson | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Jessica Rials | Paralegal | St. Louis | Employment | 2018 |
| $100 | Melissa Heisner | Paralegal | St. Louis | Employment | 2018 |
| **HOLMAN SCHIAVONE** | | | | | |
| $375 | Ashley Atwell-Soler | Counsel | Kansas City | Employment | 2018 |
| **HUSCH BLACKWELL** | | | | | |
| $505 | Matthew Schelp | Partner | St. Louis | Government Compliance | 2018 |
| $335 | Matthew Diehr | Partner | St. Louis | Government Compliance | 2018 |
| $250 | Grant Ford | Associate | St. Louis | Government Compliance | 2018 |
| **JACOBSON PRESS** | | | | | |
| $400 | Joe Jacobson | Partner | St. Louis | Missouri Securities Act | 2019 |
| $350 | Allen Press | Partner | St. Louis | Missouri Securities Act | 2019 |
| $250 | Matt Vianello | Attorney | St. Louis | Missouri Securities Act | 2019 |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **JENKINS & KLING** | | | | | |
| $245 | Nancy Stokley Martin | Partner | St. Louis | Banking | 2019 |
| **JOHN LENTELL, ATTORNEY AT LAW** | | | | | |
| $200 | John L. Lentell | Partner | Leawood, Kansas | Bankruptcy | 2019 |
| **JONATHAN STERNBERG ATTORNEY PC** | | | | | |
| $450 | Jonathan Sternberg | Partner | Kansas City | Employment | 2019 |
| **KODNER WATKINS** | | | | | |
| $320 | Albert Watkins | Partner | St. Louis | Litigation | 2019 |
| **LATHROP GAGE** | | | | | |
| $610 | Bernard J. Rhodes | Partner | Kansas City | Sunshine Law | 2019 |
| **LAW OFFICE OF BORIS E. GRAYPEL** | | | | | |
| $300 | Boris Graypel | Partner | St. Louis | Consumer Protection | 2019 |
| **LAW OFFICE OF CHRISTOPHER JONES** | | | | | |
| $300 | Christopher Jones | Partner | Lee's Summit | Slander of Title Action | 2018 |
| **LAW OFFICE OF MARK A. BUCHANAN** | | | | | |
| $450 | Mark Buchanan | Partner | Kansas City | Employment | 2019 |
| **LUNCEFORD LAW FIRM** | | | | | |
| $475 | David A. Lunceford | Partner | Lee's Summit | Employment | 2018 |
| $275 | Rachel Rutter | Associate | Lee's Summit | Employment | 2018 |
| $275 | Taylor Spooner Myers | Associate | Lee's Summit | Employment | 2018 |
| $100 | Bailey Wright | Paralegal | Lee's Summit | Employment | 2018 |
| $100 | Jasmine Ward | Paralegal | Lee's Summit | Employment | 2018 |
| **MARTIN LEIGH** | | | | | |
| $350 | Amy Ryan | Partner | Kansas City | Real Estate | 2019 |
| $350 | Beverly Weber | Shareholder | Kansas City | Real Estate | 2019 |
| $350 | Greg Todd | Partner | Kansas City | Real Estate | 2019 |
| $350 | Thomas Fritzlen | Shareholder | Kansas City | Real Estate | 2019 |
| $350 | William Meyer | Partner | Kansas City | Real Estate | 2019 |
| $110 | Sheri Ratcliffe | Paralegal | Kansas City | Real Estate | 2019 |
| **MEDLER & ROITHER** | | | | | |
| $350 | Jeffrey Medler | Partner | St. Louis | Litigation | 2019 |
| **MEYERS LAW FIRM** | | | | | |
| $600 | Marty Meyers | Partner | Kansas City | Employment | 2019 |
| $390 | Leonard Stephens | Attorney | Kansas City | Employment | 2019 |
| $375 | Heather Hardinger | Attorney | Kansas City | Employment | 2019 |
| $300 | Candice Johnson | Attorney | Kansas City | Employment | 2019 |
| **MILLER SCHIRGER** | | | | | |
| $675 | John Schirger | Partner | Kansas City | Class Action/MDL | 2019 |
| $675 | Matthew Lytle | Partner | Kansas City | Class Action/MDL | 2019 |
| $575 | Joseph Feierabend | Partner | Kansas City | Class Action/MDL | 2019 |
| **NATALIA MCKINSTRY LLC** | | | | | |
| $225 | Natalia McKinstry | Partner | St. Louis | Wrongful Death | 2019 |
| **OGLETREE DEAKINS** | | | | | |
| $285 | James M. Paul | Shareholder | St. Louis | Employment | 2018 |
| $230 | Meredith A. Lopez | Associate | St. Louis | Employment | 2018 |
| **PAUL LLP** | | | | | |
| $675 | John Cracken | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $650 | Rick Paul | Partner | Kansas City | Class Action/MDL | 2019 |
| $500 | Ashlea Schwarz | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $275 | Sue Becker | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Adam Krause | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Robert Kinsman | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Steven Rowe | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $185 | Kendra John | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Cam Riemensnider | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Linda Davis | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Melissa Casady | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Pam Williams | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $150 | Pat Neal | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $125 | Sydney Estell | Paralegal | Kansas City | Class Action/MDL | 2019 |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **PAUL LLP (CONT.)** | | | | | |
| $100 | Heather Webb | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $90 | Caroline Abbott | Paralegal | Kansas City | Class Action/MDL | 2019 |
| **PHILLIPS & THOMAS** | | | | | |
| $350 | George J. Thomas | Attorney | Prairie Village, Kansas | Bankruptcy | 2019 |
| **PLAYTER & PLAYTER** | | | | | |
| $300 | Chris Playter | Partner | Lee's Summit | Employment | 2019 |
| $300 | Eric Playter | Partner | Lee's Summit | Employment | 2019 |
| **POLSINELLI** | | | | | |
| $505 | Matthew S. Layfield | Shareholder | St. Louis | Bankruptcy | 2019 |
| $475 | Todd Bartels | Shareholder | Kansas City | Bankruptcy | 2018 |
| $370 | Robert Spake | Shareholder | Kansas City | Bankruptcy | 2018 |
| $330 | Benton Keatley | Associate | Kansas City | Bankruptcy | 2018 |
| $315 | Nicholas A. Griebel | Associate | St. Louis | Bankruptcy | 2019 |
| $225 | Jerry Thies | Senior Paralegal | Kansas City | Bankruptcy | 2018 |
| **POPHAM LAW FIRM** | | | | | |
| $600 | Dennis Egan | Partner | Kansas City | Employment | 2019 |
| $450 | Bert Braud | Partner | Kansas City | Employment | 2019 |
| $250 | Cooper Mach | Attorney | Kansas City | Employment | 2019 |
| $140 | Aly Pack | Paralegal | Kansas City | Employment | 2019 |
| $140 | Nicole Eaton | Paralegal | Kansas City | Employment | 2019 |
| **RICE SPAETH SUMMERS & HEISSERER** | | | | | |
| $250 | John Heisserer | Partner | Cape Girardeau | Personal Injury | 2019 |
| **ROSENBLUM GOLDENHERSH** | | | | | |
| $375 | Jeffrey B. Hunt | Partner | St. Louis | Breach of Contract | 2018 |
| **ROSS & VOYTAS** | | | | | |
| $225 | Ethan William Gee | Attorney | St. Louis | Personal Injury | 2018 |
| $225 | Nathan Ross | Partner | St. Louis | Personal Injury | 2018 |
| $225 | Richard A. Voytas Jr. | Partner | St. Louis | Personal Injury | 2018 |
| **RUNNYMEDE LAW GROUP** | | | | | |
| $425 | Stephen R. Clark | Partner | St. Louis | Breach of Contract | 2018 |
| $250 | Kristen E. Weinberg | Associate | St. Louis | Breach of Contract | 2018 |
| $100 | Chelsea L. Langeneckert | Paralegal | St. Louis | Breach of Contract | 2018 |
| **SEYFERTH BLUMENTHAL & HARRIS** | | | | | |
| $395 | Charlie J. Harris | Partner | Kansas City | Receivership | 2019 |
| $285 | Deena Jenab | Partner | Kansas City | Receivership | 2019 |
| $285 | Kevin Karpin | Partner | Kansas City | Receivership | 2019 |
| $245 | Julie Sims | Associate | Kansas City | Receivership | 2019 |
| $245 | Nick Daugherty | Associate | Kansas City | Receivership | 2019 |
| $125 | Cheri Diaz | Paralegal | Kansas City | Receivership | 2019 |
| $125 | Melissa Miller | Paralegal | Kansas City | Receivership | 2019 |
| **SHAMBERG, JOHNSON & BERGMAN** | | | | | |
| $725 | Lynn Johnson | Partner | Kansas City | Class Action/MDL | 2019 |
| **SHOOK, HARDY & BACON** | | | | | |
| $770 | Stan Sexton | Partner | Kansas City | Public Interest Class Action | 2019 |
| $680 | Andrew Carpenter | Partner | Kansas City | Public Interest Class Action | 2019 |
| $465 | Brent Dwerlkotte | Associate | Kansas City | Public Interest Class Action | 2019 |
| $465 | Russell Shankland | Partner | Kansas City | Public Interest Class Action | 2019 |
| $375 | Britta Stamps | Associate | Kansas City | Public Interest Class Action | 2019 |
| $320 | Emily Sellers | Associate | Kansas City | Public Interest Class Action | 2019 |
| $125 | Patricia Carlson | Legal Analyst | Kansas City | Public Interest Class Action | 2019 |
| $125 | Paul Hoffmeyer | Legal Analyst | Kansas City | Public Interest Class Action | 2019 |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **SIMMONS HANLY CONROY** | | | | | |
| $400 | Sarah Burns | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $275 | Gary Payne | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $185 | Eric Disney | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $125 | Jill Kraus | Paralegal | Alton, Illinois | Class Action/MDL | 2019 |
| $100 | Julie Bond | Paralegal | Alton, Illinois | Class Action/MDL | 2019 |
| **SPENCER FANE** | | | | | |
| $610 | Kenneth Mason | Partner | Overland Park, Kansas | Federal Trade Commission Act | 2018 |
| $575 | Scott Goldstein | Partner | Kansas City | Bankruptcy | 2019 |
| $510 | Leslie Greathouse | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $480 | Eric Peterson | Of Counsel | St. Louis | Bankruptcy | 2019 |
| $455 | Beth Miller | Of Counsel | Kansas City | Federal Trade Commission Act | 2018 |
| $455 | Eric L. Johnson | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $415 | W. Joseph Hatley | Partner | Kansas City | Sunshine Law | 2019 |
| $370 | Paul Satterwhite | Partner | Springfield | Federal Trade Commission Act | 2018 |
| $360 | Ryan Hardy | Partner | St. Louis | Bankruptcy | 2019 |
| $350 | Casey Murray | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $330 | Crystal Howard | Of Counsel | Overland Park, Kansas | Federal Trade Commission Act | 2018 |
| $325 | Bryant Lamer | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $320 | Duval Pierre | Associate | Kansas City | Federal Trade Commission Act | 2018 |
| $295 | Zachary Fairlie | Associate | Kansas City | Bankruptcy | 2019 |
| $270 | Melissa Hinkle | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $240 | Lisa Wright | Paralegal | Kansas City | Bankruptcy | 2019 |
| $230 | Kathie Tatman | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $230 | Ronald Griffin | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $230 | Sarah Estlund | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| **STINSON LEONARD STREET** | | | | | |
| $730 | Daniel Bukovac | Partner | Kansas City | Class Action/MDL | 2019 |
| $580 | Thomas Lynn | Partner | Kansas City | Class Action/MDL | 2019 |
| $570 | Charles Hatfield | Partner | Jefferson City | Election Law | 2018 |
| $565 | John Munich | Partner | Jefferson City | Election Law | 2018 |
| $515 | Sarah King | Partner | Kansas City | Class Action/MDL | 2019 |
| $455 | Colin Turner | Associate | Kansas City | Class Action/MDL | 2019 |
| $405 | Ashley Habiger | Associate | Kansas City | Class Action/MDL | 2019 |
| $405 | Nicholas Hoffman | Associate | Kansas City | Class Action/MDL | 2019 |
| $380 | Jeremy Root | Partner | Jefferson City | Election Law | 2018 |
| $365 | Benjamin Woodard | Associate | St. Louis | Class Action/MDL | 2019 |
| $345 | Christopher Sevedge | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | James Montgomery | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | Jessica Pixler | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | Katherine Bechina | Associate | Kansas City | Class Action/MDL | 2019 |
| $330 | Courtney Harrison | Associate | Kansas City | Class Action/MDL | 2019 |
| $325 | Derek Grutsch | Law Clerk | Kansas City | Class Action/MDL | 2019 |
| $325 | Nicci Warr | Associate | St. Louis | Election Law | 2018 |
| $305 | Steve Froelich | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $305 | Tamara Combs | Associate | Kansas City | Class Action/MDL | 2019 |
| $290 | Erin Naeger | Associate | Kansas City | Election Law | 2018 |
| $280 | Joyce Hart | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $280 | Leisa Stevens | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $260 | John Benson | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $255 | Cheri Diaz | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $255 | Cindy Cusimano | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $250 | Patsy Whalen | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $195 | Marsha Presley | Paralegal | Jefferson City | Election Law | 2018 |
| $165 | Renee Henson | Law Clerk | Kansas City | Class Action/MDL | 2019 |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **STUEVE SIEGEL HANSON** | | | | | |
| $865 | Norman Siegel | Partner | Kansas City | Class Action/MDL | 2019 |
| $865 | Patrick Stueve | Partner | Kansas City | Class Action/MDL | 2019 |
| $825 | Steve Six | Partner | Kansas City | Class Action/MDL | 2019 |
| $725 | Rachel Schwartz | Partner | Kansas City | Class Action/MDL | 2019 |
| $695 | Bradley Wilders | Partner | Kansas City | Class Action/MDL | 2019 |
| $625 | Stephanie Walters | e-Discovery Counsel | Kansas City | Class Action/MDL | 2019 |
| $625 | Toji Calabro | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $575 | Jeffrey Scurlock | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $550 | Lindsay Perkins | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $495 | Ethan Lange | Associate | Kansas City | Class Action/MDL | 2019 |
| $495 | Larkin Walsh | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $475 | Alexander T. Ricke | Associate | Kansas City | Employment and Labor | 2019 |
| $475 | Austin Moore | Associate | Kansas City | Class Action/MDL | 2019 |
| $475 | Jennifer Carter | Associate | Kansas City | Class Action/MDL | 2019 |
| $450 | David Hickey | Associate | Kansas City | Class Action/MDL | 2019 |
| $425 | Curtis Shank | Associate | Kansas City | Class Action/MDL | 2019 |
| $425 | James Vaglio | Associate | Kansas City | Class Action/MDL | 2019 |
| $425 | Peter Rupp | Systems Director | Kansas City | Class Action/MDL | 2019 |
| $425 | Sean Cooper | Associate | Kansas City | Class Action/MDL | 2019 |
| $375 | Daniel Shaw | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | Ariel Tazkargy | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | John Tompkins | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | Matt Cooper | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | Sam Storrs | Associate | Kansas City | Class Action/MDL | 2019 |
| $295 | Cheri Peter | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $295 | Mary Rose Marquart | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $295 | Michelle Campbell | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $295 | Sherry Barry | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $275 | Adrian Weiner | IT Manager | Kansas City | Class Action/MDL | 2019 |
| $245 | Erika Reyes | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Janet Switzer | Finance/HR Director | Kansas City | Class Action/MDL | 2019 |
| $245 | Julie Olivas | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Katrina Cervantes | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Lori DeMoss | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Margaret Smith | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Melissa Warner | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Sheri Williams | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $225 | Ben Stueve | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $225 | Brendan Marquart | Paralegal | Kansas City | Class Action/MDL | 2019 |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **SUMMERS COMPTON WELLS** | | | | | |
| $365 | David Sosne | Principal | St. Louis | Bankruptcy | 2019 |
| $350 | Bonnie Clair | Principal | St. Louis | Bankruptcy | 2019 |
| $325 | Brian J. LaFlamme | Principal | St. Louis | Bankruptcy | 2019 |
| $120 | N/A | Paralegal | St. Louis | Bankruptcy | 2019 |
| $100 | N/A | Law Clerk | St. Louis | Bankruptcy | 2019 |
| **THOMPSON COBURN** | | | | | |
| $645 | Mark Bossi | Partner | St. Louis | Bankruptcy | 2019 |
| $490 | Brian Hockett | Partner | St. Louis | Bankruptcy | 2019 |
| **TUETH KEENEY** | | | | | |
| $300 | James Layton | Of Counsel | St. Louis | First Amendment Litigation | 2018 |
| **WALTERS BENDER STROHBEHN & VAUGHAN** | | | | | |
| $725 | Thomas Bender | Partner | Kansas City | Class Action/MDL | 2019 |
| $525 | Dirk Hubbard | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $400 | Brett Milbourn | Partner | Kansas City | Class Action/MDL | 2019 |
| $400 | Karen Renwick | Partner | Kansas City | Class Action/MDL | 2019 |
| $250 | Brooke Blake | Associate | Kansas City | Class Action/MDL | 2019 |
| $250 | Michael Sichter | Associate | Kansas City | Class Action/MDL | 2019 |
| $250 | Patrick McAndrews | Associate | Kansas City | Class Action/MDL | 2019 |
| $125 | Sarah Stevens | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $125 | Sarah Varney | Paralegal | Kansas City | Class Action/MDL | 2019 |
| **WHITE, GRAHAM, BUCKLEY & CARR** | | | | | |
| $475 | Gene Graham | Partner | Independence | Employment | 2019 |
| **WHITEHEAD LAW FIRM** | | | | | |
| $370 | Michael Whitehead | Principal | Lee's Summit | First Amendment Litigation | 2018 |
| $300 | Jonathan Whitehead | Partner | Lee's Summit | First Amendment Litigation | 2018 |
| **WIRKIN LAW FIRM** | | | | | |
| $300 | Christopher Wirkin | Partner | Kansas City | Slander of Title Action | 2018 |
| **WITHERSPOON LAW GROUP** | | | | | |
| $350 | Nuru Witherspoon | Partner | St. Louis | Wrongful Death | 2019 |

## OUT-OF-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **FISHER PATTERSON SAYLER & SMITH** | | | | | |
| $135 | Katrina Hudson | Associate | Topeka, Kansas | Litigation | 2019 |
| $135 | Anne Marie Beckerle | Associate | Topeka, Kansas | Litigation | 2019 |
| **FOULSTON SIEFKIN** | | | | | |
| $565 | Jason Lacey | Partner | Wichita, Kansas | ERISA Class Action | 2018 |
| $500 | Boyd Byers | Partner | Wichita, Kansas | ERISA Class Action | 2018 |
| $445 | Jeremy Graber | Partner | Topeka, Kansas | ERISA Class Action | 2018 |
| $300 | Nicki Rose | Associate | Wichita, Kansas | ERISA Class Action | 2018 |
| $240 | Cynthia Voccio | Paralegal | Wichita, Kansas | ERISA Class Action | 2018 |
| $220 | Rebekah Haase | Paralegal | Wichita, Kansas | ERISA Class Action | 2018 |
| $220 | Christi Ramsey | Paralegal | Wichita, Kansas | ERISA Class Action | 2018 |
| $215 | Jeremy Koehler | Summer Associate | Wichita, Kansas | ERISA Class Action | 2018 |
| $215 | Elias Underwood | Summer Associate | Wichita, Kansas | ERISA Class Action | 2018 |

## OUT-OF-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **POLSINELLI** | | | | | |
| $420 | Brenna A. Dolphin | Associate | Wilmington, Delaware | Bankruptcy | 2019 |
| **SIMMONS HANLY CONROY** | | | | | |
| $950 | Paul Hanly | Partner | New York | Class Action/MDL | 2019 |
| $950 | Jayne Conroy | Partner | New York | Class Action/MDL | 2019 |
| $950 | Andrea Bierstein | Partner | New York | Class Action/MDL | 2019 |
| $400 | Ellyn Hurd | Associate | New York | Class Action/MDL | 2019 |
| **SPENCER FANE** | | | | | |
| $325 | Mary Bacon | Associate | Las Vegas | Federal Trade Commission Act | 2018 |
| **STINSON LEONARD STREET** | | | | | |
| $670 | Scott Roberts | Partner | Decatur, Illinois | Class Action/MDL | 2019 |
| $590 | Joel Leviton | Partner | Minneapolis | Class Action/MDL | 2019 |

*For more rates of out-of-state attorneys who did work in Missouri in the last year, please visit us online at molawyersmedia.com.*




# Billing Rates 2019: The data

By: Staff Report   August 5, 2019

*Click on each image to expand it, unless otherwise noted above the image.*



Case: 4:20-cv-00531-CDP   Doc. #: 22-1   Filed: 08/24/20   Page: 10 of 15 PageID #: 205

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **ACCESS DISABILITY** | | | | | |
| $202 | David D. Camp | Partner | St. Louis | Social Security Disability | 2019 |
| **AFFINITY LAW GROUP** | | | | | |
| $315 | J. Talbot Sant Jr. | Of Counsel | St. Louis | Bankruptcy | 2019 |
| **ALLIANCE DEFENDING FREEDOM** | | | | | |
| $495 | Erik Stanley | Senior Counsel | Leawood, Kansas | First Amendment Litigation | 2018 |
| $450 | Joel Oster | Senior Counsel | Leawood, Kansas | First Amendment Litigation | 2018 |
| **ARMSTRONG TEASDALE** | | | | | |
| $645 | Scott Hunt | Partner | St. Louis | Bankruptcy | 2019 |
| $645 | William M. Corrigan Jr. | Partner | St. Louis | Breach of Contract | 2019 |
| $605 | David Going | Partner | St. Louis | Bankruptcy | 2019 |
| $605 | Richard Engel Jr. | Partner | St. Louis | Bankruptcy | 2019 |
| $485 | Jeffrey L. Schultz | Partner | St. Louis | Breach of Contract | 2019 |
| $455 | Scott Jansen | Partner | St. Louis | Bankruptcy | 2019 |
| $425 | Eric Walter | Partner | St. Louis | Breach of Contract | 2019 |
| $325 | Ben Musholt | Associate | Jefferson City | Bankruptcy | 2019 |
| $325 | Erin Edelman | Associate | St. Louis | Bankruptcy | 2019 |
| $325 | John Willard | Associate | St. Louis | Bankruptcy | 2019 |
| $325 | Lucas Pendry | Associate | St. Louis | Breach of Contract | 2019 |
| $295 | John Moore | Associate | St. Louis | Bankruptcy | 2019 |
| $275 | Patricia Beckerle | Associate | St. Louis | Bankruptcy | 2019 |
| $260 | Han Liu | Associate | St. Louis | Bankruptcy | 2019 |
| $215 | Theresa Ritter | Paralegal | St. Louis | Bankruptcy | 2019 |
| $180 | Brandi Vogt | Paralegal | St. Louis | Bankruptcy | 2019 |
| $150 | Barbara Bathe | Specialist | St. Louis | Bankruptcy | 2019 |
| $150 | Julia Renaud | Specialist | St. Louis | Bankruptcy | 2019 |
| $125 | Susan Williams-Umstead | Paralegal | Kansas City | Bankruptcy | 2019 |
| **BARRY S. GINSBURG, ATTORNEY AT LAW** | | | | | |
| $275 | Barry S. Ginsburg | Attorney | St. Louis | Breach of Contract | 2018 |
| **BRATCHER GOCKEL LAW** | | | | | |
| $500 | Lynne Bratcher | Partner | Kansas City | Employment | 2018 |
| $500 | Marie Gockel | Partner | Kansas City | Employment | 2018 |
| $150 | Mike Bell | Paralegal | Kansas City | Employment | 2018 |
| **BROWN & RUPRECHT** | | | | | |
| $300 | Frank Wendt | Partner | Kansas City | Business Litigation | 2018 |
| $195 | Kurt S. Brack | Partner | Kansas City | Business Litigation | 2018 |
| $85 | N/A | Paralegal | Kansas City | Business Litigation | 2018 |
| **BROWN & WATKINS** | | | | | |
| $550 | C. Jason Brown | Partner | Gower | Class Action | 2019 |
| $550 | Jayson Watkins | Partner | Gower | Class Action | 2019 |
| $100 | N/A | Paralegal | Gower | Class Action | 2019 |
| **CARMODY MACDONALD** | | | | | |
| $395 | Robert E. Eggmann | Principal | St. Louis | Bankruptcy | 2019 |
| $385 | Spencer Desai | Partner | St. Louis | Bankruptcy | 2019 |
| **COVER & HILTON** | | | | | |
| $200 | Cary V. Cover | Partner | Clinton | Receivership | 2019 |
| **DANNA MCKITRICK** | | | | | |
| $385 | A. Thomas DeWoskin | Principal | St. Louis | Bankruptcy | 2019 |
| **DAVID SCHROEDER LAW OFFICE** | | | | | |
| $300 | David Schroeder | Attorney | Springfield | Bankruptcy | 2019 |
| **DAVIS GEORGE MOOK** | | | | | |
| $575 | Tracey F. George | Partner | Kansas City | Class Action | 2019 |
| **DENNIS W. FOX & ASSOCIATES** | | | | | |
| $201 | Jennifer Van Fossen | Attorney | St. Louis | Social Security Disability | 2019 |
| **DOBSON, GOLDBERG, BERNS & RICH** | | | | | |
| $450 | Johnathan C. Berns | Partner | St. Louis | Employment | 2018 |
| **FISHER PATTERSON SAYLER & SMITH** | | | | | |
| $160 | Lawrence Pratt | Partner | St. Louis | Litigation | 2019 |
| **FOULSTON SIEFKIN** | | | | | |
| $525 | Scott Nehrbass | Partner | Kansas City, Kansas | ERISA Class Action | 2018 |
| $415 | J. Steven Massoni | Special Counsel | Kansas City, Kansas | ERISA Class Action | 2018 |
| $300 | Sara Otto | Associate | Kansas City, Kansas | ERISA Class Action | 2018 |
| **FREDRICH J. CRUSE, ATTORNEY AT LAW** | | | | | |
| $225 | Fredrich Cruse | Attorney | Hannibal | Bankruptcy | 2019 |
| $80 | Bobbi Daughtery | Paralegal | Hannibal | Bankruptcy | 2019 |
| **FREEDOM CENTER OF MISSOURI** | | | | | |
| $340 | Dave Roland | Attorney | Mexico | Sunshine Law | 2019 |
| **GHIO LAW FIRM** | | | | | |
| $400 | Matt Ghio | Partner | St. Louis | Employment | 2018 |
| **GOLDSTEIN & PRESSMAN** | | | | | |
| $325 | Norman Pressman | Member | St. Louis | Bankruptcy | 2019 |
| $225 | Robert Breidenbach | Member | St. Louis | Bankruptcy | 2019 |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **GORNY LAW FIRM** | | | | | |
| $600 | Steve Gorny | Founding Member | Kansas City | Sunshine Law | 2019 |
| $350 | Chris Dandurand | Attorney | Kansas City | Sunshine Law | 2019 |
| **GRANT, MILLER & SMITH** | | | | | |
| $350 | William Grant | Partner | St. Louis | Family Law | 2019 |
| **GRAVES GARRETT** | | | | | |
| $575 | Todd P. Graves | Partner | Kansas City | Election Law | 2018 |
| $460 | Edward D. Greim | Partner | Kansas City | Election Law | 2018 |
| $305 | Alan T. Simpson | Associate | Kansas City | Election Law | 2018 |
| $175 | Nichole E. Kruger | Paralegal | Kansas City | Election Law | 2018 |
| **GRAY, RITTER & GRAHAM** | | | | | |
| $865 | Don Downing | Director/Shareholder | St. Louis | Class Action/MDL | 2019 |
| $825 | Gretchen Garrison | Principal | St. Louis | Class Action/MDL | 2019 |
| $695 | Jason Sapp | Partner | St. Louis | Class Action/MDL | 2019 |
| $565 | Kaitlin Bridges | Associate | St. Louis | Class Action/MDL | 2019 |
| $400 | Cort VanOstran | Associate | St. Louis | Class Action/MDL | 2019 |
| $330 | Jack Downing | Associate | St. Louis | Class Action/MDL | 2019 |
| $295 | Jackie Statz | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $295 | Judy Stinson | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $225 | Charles Fasterling | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $175 | Cameron Roark | Law Clerk | St. Louis | Class Action/MDL | 2019 |
| **HARLAN STILL & KOCH** | | | | | |
| $207 | Frank Koch | Partner | Columbia | Social Security Disability | 2019 |
| **HEPLERBROOM** | | | | | |
| $360 | Steven M. Wallace | Partner | Edwardsville, Illinois | Bankruptcy | 2019 |
| $200 | Amanda R. McQuaid | Associate | Edwardsville, Illinois | Bankruptcy | 2019 |
| **HERREN, DARE & STREETT** | | | | | |
| $300 | David M. Dare | Partner | St. Louis | Bankruptcy | 2019 |
| **HKM EMPLOYMENT ATTORNEYS** | | | | | |
| $400 | S. Cody Reinberg | Attorney | St. Louis | Employment | 2019 |
| **HOLLAND LAW FIRM** | | | | | |
| $850 | Eric D. Holland Sr. | Partner | St. Louis | Class Action/MDL | 2019 |
| $500 | R. Seth Crompton | Partner | St. Louis | Class Action/MDL | 2019 |
| $250 | Philip Proud | Associate | St. Louis | Class Action/MDL | 2019 |
| **HOLLINGSHEAD & DUDLEY** | | | | | |
| $400 | Jeremy D. Hollingshead | Partner | St. Louis | Employment | 2018 |
| $400 | Nicholas Dudley | Partner | Kansas City | Employment | 2018 |
| $300 | John Moffitt III | Attorney | St. Louis | Employment | 2018 |
| $300 | Katie Rhoten | Associate | St. Louis | Employment | 2018 |
| $200 | Ben Coudret | Associate | St. Louis | Employment | 2018 |
| $100 | Arriana Hayes | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Christopher Sandifer | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Emma Wilson | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Jessica Rials | Paralegal | St. Louis | Employment | 2018 |
| $100 | Melissa Heisner | Paralegal | St. Louis | Employment | 2018 |
| **HOLMAN SCHIAVONE** | | | | | |
| $375 | Ashley Atwell-Soler | Counsel | Kansas City | Employment | 2018 |
| **HUSCH BLACKWELL** | | | | | |
| $505 | Matthew Schelp | Partner | St. Louis | Government Compliance | 2018 |
| $335 | Matthew Diehr | Partner | St. Louis | Government Compliance | 2018 |
| $250 | Grant Ford | Associate | St. Louis | Government Compliance | 2018 |
| **JACOBSON PRESS** | | | | | |
| $400 | Joe Jacobson | Partner | St. Louis | Missouri Securities Act | 2019 |
| $350 | Allen Press | Partner | St. Louis | Missouri Securities Act | 2019 |
| $250 | Matt Vianello | Attorney | St. Louis | Missouri Securities Act | 2019 |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **JENKINS & KLING** | | | | | |
| $245 | Nancy Stokley Martin | Partner | St. Louis | Banking | 2019 |
| **JOHN LENTELL, ATTORNEY AT LAW** | | | | | |
| $200 | John L. Lentell | Partner | Leawood, Kansas | Bankruptcy | 2019 |
| **JONATHAN STERNBERG ATTORNEY PC** | | | | | |
| $450 | Jonathan Sternberg | Partner | Kansas City | Employment | 2019 |
| **KODNER WATKINS** | | | | | |
| $320 | Albert Watkins | Partner | St. Louis | Litigation | 2019 |
| **LATHROP GAGE** | | | | | |
| $610 | Bernard J. Rhodes | Partner | Kansas City | Sunshine Law | 2019 |
| **LAW OFFICE OF BORIS E. GRAYPEL** | | | | | |
| $300 | Boris Graypel | Partner | St. Louis | Consumer Protection | 2019 |
| **LAW OFFICE OF CHRISTOPHER JONES** | | | | | |
| $300 | Christopher Jones | Partner | Lee's Summit | Slander of Title Action | 2018 |
| **LAW OFFICE OF MARK A. BUCHANAN** | | | | | |
| $450 | Mark Buchanan | Partner | Kansas City | Employment | 2019 |
| **LUNCEFORD LAW FIRM** | | | | | |
| $475 | David A. Lunceford | Partner | Lee's Summit | Employment | 2018 |
| $275 | Rachel Rutter | Associate | Lee's Summit | Employment | 2018 |
| $275 | Taylor Spooner Myers | Associate | Lee's Summit | Employment | 2018 |
| $100 | Bailey Wright | Paralegal | Lee's Summit | Employment | 2018 |
| $100 | Jasmine Ward | Paralegal | Lee's Summit | Employment | 2018 |
| **MARTIN LEIGH** | | | | | |
| $350 | Amy Ryan | Partner | Kansas City | Real Estate | 2019 |
| $350 | Beverly Weber | Shareholder | Kansas City | Real Estate | 2019 |
| $350 | Greg Todd | Partner | Kansas City | Real Estate | 2019 |
| $350 | Thomas Fritzlen | Shareholder | Kansas City | Real Estate | 2019 |
| $350 | William Meyer | Partner | Kansas City | Real Estate | 2019 |
| $110 | Sherri Ratcliffe | Paralegal | Kansas City | Real Estate | 2019 |
| **MEDLER & ROITHER** | | | | | |
| $350 | Jeffrey Medler | Partner | St. Louis | Litigation | 2019 |
| **MEYERS LAW FIRM** | | | | | |
| $600 | Marty Meyers | Partner | Kansas City | Employment | 2019 |
| $390 | Leonard Stephens | Attorney | Kansas City | Employment | 2019 |
| $375 | Heather Hardinger | Attorney | Kansas City | Employment | 2019 |
| $300 | Candice Johnson | Attorney | Kansas City | Employment | 2019 |
| **MILLER SCHIRGER** | | | | | |
| $675 | John Schirger | Partner | Kansas City | Class Action/MDL | 2019 |
| $675 | Matthew Lytle | Partner | Kansas City | Class Action/MDL | 2019 |
| $575 | Joseph Feierabend | Partner | Kansas City | Class Action/MDL | 2019 |
| **NATALIA MCKINSTRY LLC** | | | | | |
| $225 | Natalia McKinstry | Partner | St. Louis | Wrongful Death | 2019 |
| **OGLETREE DEAKINS** | | | | | |
| $285 | James M. Paul | Shareholder | St. Louis | Employment | 2018 |
| $230 | Meredith A. Lopez | Associate | St. Louis | Employment | 2018 |
| **PAUL LLP** | | | | | |
| $675 | John Cracken | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $650 | Rick Paul | Partner | Kansas City | Class Action/MDL | 2019 |
| $500 | Ashlea Schwarz | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $275 | Sue Becker | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Adam Krause | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Robert Kinsman | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Steven Rowe | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $185 | Kendra John | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Cam Riemensnider | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Linda Davis | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Melissa Casady | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Pam Williams | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $150 | Pat Neal | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $125 | Sydney Estell | Paralegal | Kansas City | Class Action/MDL | 2019 |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **PAUL LLP (CONT.)** | | | | | |
| $100 | Heather Webb | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $90 | Caroline Abbott | Paralegal | Kansas City | Class Action/MDL | 2019 |
| **PHILLIPS & THOMAS** | | | | | |
| $350 | George J. Thomas | Attorney | Prairie Village, Kansas | Bankruptcy | 2019 |
| **PLAYTER & PLAYTER** | | | | | |
| $300 | Chris Playter | Partner | Lee's Summit | Employment | 2019 |
| $300 | Eric Playter | Partner | Lee's Summit | Employment | 2019 |
| **POLSINELLI** | | | | | |
| $505 | Matthew S. Layfield | Shareholder | St. Louis | Bankruptcy | 2019 |
| $475 | Todd Bartels | Shareholder | Kansas City | Bankruptcy | 2018 |
| $370 | Robert Spake | Shareholder | Kansas City | Bankruptcy | 2018 |
| $330 | Benton Keatley | Associate | Kansas City | Bankruptcy | 2018 |
| $315 | Nicholas A. Griebel | Associate | St. Louis | Bankruptcy | 2019 |
| $225 | Jerry Thies | Senior Paralegal | Kansas City | Bankruptcy | 2018 |
| **POPHAM LAW FIRM** | | | | | |
| $600 | Dennis Egan | Partner | Kansas City | Employment | 2019 |
| $450 | Bert Braud | Partner | Kansas City | Employment | 2019 |
| $250 | Cooper Mach | Attorney | Kansas City | Employment | 2019 |
| $140 | Aly Pack | Paralegal | Kansas City | Employment | 2019 |
| $140 | Nicole Eaton | Paralegal | Kansas City | Employment | 2019 |
| **RICE SPAETH SUMMERS & HEISSERER** | | | | | |
| $250 | John Heisserer | Partner | Cape Girardeau | Personal Injury | 2019 |
| **ROSENBLUM GOLDENHERSH** | | | | | |
| $375 | Jeffrey B. Hunt | Partner | St. Louis | Breach of Contract | 2018 |
| **ROSS & VOYTAS** | | | | | |
| $225 | Ethan William Gee | Attorney | St. Louis | Personal Injury | 2018 |
| $225 | Nathan Ross | Partner | St. Louis | Personal Injury | 2018 |
| $225 | Richard A. Voytas Jr. | Partner | St. Louis | Personal Injury | 2018 |
| **RUNNYMEDE LAW GROUP** | | | | | |
| $425 | Stephen R. Clark | Partner | St. Louis | Breach of Contract | 2018 |
| $250 | Kristen E. Weinberg | Associate | St. Louis | Breach of Contract | 2018 |
| $100 | Chelsea L. Langeneckert | Paralegal | St. Louis | Breach of Contract | 2018 |
| **SEYFERTH BLUMENTHAL & HARRIS** | | | | | |
| $395 | Charlie J. Harris | Partner | Kansas City | Receivership | 2019 |
| $285 | Deena Jenab | Partner | Kansas City | Receivership | 2019 |
| $285 | Kevin Karpin | Partner | Kansas City | Receivership | 2019 |
| $245 | Julie Sims | Associate | Kansas City | Receivership | 2019 |
| $245 | Nick Daugherty | Associate | Kansas City | Receivership | 2019 |
| $125 | Cheri Diaz | Paralegal | Kansas City | Receivership | 2019 |
| $125 | Melissa Miller | Paralegal | Kansas City | Receivership | 2019 |
| **SHAMBERG, JOHNSON & BERGMAN** | | | | | |
| $725 | Lynn Johnson | Partner | Kansas City | Class Action/MDL | 2019 |
| **SHOOK, HARDY & BACON** | | | | | |
| $770 | Stan Sexton | Partner | Kansas City | Public Interest Class Action | 2019 |
| $680 | Andrew Carpenter | Partner | Kansas City | Public Interest Class Action | 2019 |
| $465 | Brent Dwerlkotte | Associate | Kansas City | Public Interest Class Action | 2019 |
| $465 | Russell Shankland | Partner | Kansas City | Public Interest Class Action | 2019 |
| $375 | Britta Stamps | Associate | Kansas City | Public Interest Class Action | 2019 |
| $320 | Emily Sellers | Associate | Kansas City | Public Interest Class Action | 2019 |
| $125 | Patricia Carlson | Legal Analyst | Kansas City | Public Interest Class Action | 2019 |
| $125 | Paul Hoffmeyer | Legal Analyst | Kansas City | Public Interest Class Action | 2019 |

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **SIMMONS HANLY CONROY** | | | | | |
| $400 | Sarah Burns | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $275 | Gary Payne | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $185 | Eric Disney | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $125 | Jill Kraus | Paralegal | Alton, Illinois | Class Action/MDL | 2019 |
| $100 | Julie Bond | Paralegal | Alton, Illinois | Class Action/MDL | 2019 |
| **SPENCER FANE** | | | | | |
| $610 | Kenneth Mason | Partner | Overland Park, Kansas | Federal Trade Commission Act | 2018 |
| $575 | Scott Goldstein | Partner | Kansas City | Bankruptcy | 2019 |
| $510 | Leslie Greathouse | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $480 | Eric Peterson | Of Counsel | St. Louis | Bankruptcy | 2019 |
| $455 | Beth Miller | Of Counsel | Kansas City | Federal Trade Commission Act | 2018 |
| $455 | Eric L. Johnson | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $415 | W. Joseph Hatley | Partner | Kansas City | Sunshine Law | 2019 |
| $370 | Paul Satterwhite | Partner | Springfield | Federal Trade Commission Act | 2018 |
| $360 | Ryan Hardy | Partner | St. Louis | Bankruptcy | 2019 |
| $350 | Casey Murray | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $330 | Crystal Howard | Of Counsel | Overland Park, Kansas | Federal Trade Commission Act | 2018 |
| $325 | Bryant Lamer | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $320 | Duval Pierre | Associate | Kansas City | Federal Trade Commission Act | 2018 |
| $295 | Zachary Fairlie | Associate | Kansas City | Bankruptcy | 2019 |
| $270 | Melissa Hinkle | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $240 | Lisa Wright | Paralegal | Kansas City | Bankruptcy | 2019 |
| $230 | Kathie Tatman | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $230 | Ronald Griffin | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $230 | Sarah Estlund | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| **STINSON LEONARD STREET** | | | | | |
| $730 | Daniel Bukovac | Partner | Kansas City | Class Action/MDL | 2019 |
| $580 | Thomas Lynn | Partner | Kansas City | Class Action/MDL | 2019 |
| $570 | Charles Hatfield | Partner | Jefferson City | Election Law | 2018 |
| $565 | John Munich | Partner | Jefferson City | Election Law | 2018 |
| $515 | Sarah King | Partner | Kansas City | Class Action/MDL | 2019 |
| $455 | Colin Turner | Associate | Kansas City | Class Action/MDL | 2019 |
| $405 | Ashley Habiger | Associate | Kansas City | Class Action/MDL | 2019 |
| $405 | Nicholas Hoffman | Associate | Kansas City | Class Action/MDL | 2019 |
| $380 | Jeremy Root | Partner | Jefferson City | Election Law | 2018 |
| $365 | Benjamin Woodard | Associate | St. Louis | Class Action/MDL | 2019 |
| $345 | Christopher Sevedge | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | James Montgomery | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | Jessica Pixler | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | Katherine Bechina | Associate | Kansas City | Class Action/MDL | 2019 |
| $330 | Courtney Harrison | Associate | Kansas City | Class Action/MDL | 2019 |
| $325 | Derek Grutsch | Law Clerk | Kansas City | Class Action/MDL | 2019 |
| $325 | Nicci Warr | Associate | St. Louis | Election Law | 2018 |
| $305 | Steve Froelich | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $305 | Tamara Combs | Associate | Kansas City | Class Action/MDL | 2019 |
| $290 | Erin Naeger | Associate | Kansas City | Election Law | 2018 |
| $280 | Joyce Hart | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $280 | Leisa Stevens | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $260 | John Benson | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $255 | Cheri Diaz | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $255 | Cindy Cusimano | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $250 | Patsy Whalen | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $195 | Marsha Presley | Paralegal | Jefferson City | Election Law | 2018 |
| $165 | Renee Henson | Law Clerk | Kansas City | Class Action/MDL | 2019 |

Case: 4:20-cv-00531-CDP   Doc. #: 22-1   Filed: 08/24/20   Page: 13 of 15 PageID #: 208



For the full list of billing rates for out-of-state attorneys who did work in Missouri in 2018, **click here to download the PDF**.

Case: 4:20-cv-00531-CDP   Doc. #: 22-1   Filed: 08/24/20   Page: 14 of 15 PageID #: 209





**Related**

Billing Rates 2017: Data
August 7, 2017
In "Billing Rates 2017"

Billing Rates 2019
August 2, 2019
In "Billing Rates 2019"

Billable Hours
April 6, 2009
In "Billing Rates"

Tweet    Share 0    Email    Share    Print

Tagged with:  BILLING RATES 2019   DATA

RELATED POSTS

Facebook rolls out tool to block off-Facebook data gathering
August 21, 2019

Facebook rolls out tool to block off-Facebook data gathering
August 21, 2019



Lawyer's fees prompt fight under Sunshine Law
August 5, 2019

Copyright © 2019 Missouri Lawyers Media 319 N Fourth St., 5th Floor, St. Louis, MO 63102 (314) 421-1880

BRIDGETOWER MEDIA