UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IVAN BELAUSTEGUI,                  )
                                   )
          Plaintiff,               )
                                   )
     v.                            )          Case No. 4:20 CV 531 CDP
                                   )
KC MEDIA LLC,                      )
                                   )
          Defendant.               )

## MEMORANDUM AND ORDER

Plaintiff's attorney Richard P. Liebowitz improperly filed this copyright

infringement action in this Court.  Defendant defendant KC Media LLC moved to

dismiss or to transfer, and also moved for attorney's fees and costs as sanctions

under 28 U.S.C. § 1927.  I ordered plaintiff to respond to the motion (ECF 18),

which he did not do.  As detailed in my Memorandum and Order filed August 17,

2020 (ECF 19), I concluded that attorney Liebowitz's improper filing of the case in

this district and in continuing to improperly assert venue through an amended

complaint unreasonably multiplied the proceedings and constituted reckless

disregard of his duties to this Court, warranting sanctions under § 1927.

KC Media has now filed its statement of fees and costs on August 24.

Neither plaintiff nor attorney Liebowitz has responded to the statement, and the

time to do so has expired.  *See* E.D. Mo. L.R. 4.01(B), (F).  I will order attorney

Liebowitz to pay KC Media $9240 in attorney's fees and $100 in costs.

"Any attorney . . . admitted to conduct cases in any court of the United States . . . who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."  28 U.S.C. § 1927.  KC Media has submitted detailed evidence of its excess fees and costs incurred as a direct result of Liebowitz's sanctionable conduct of improperly filing and continuing this action in this Court.  Having isolated the additional costs and fees incurred by reason of Liebowitz's conduct, *see Lee v. First Lenders Ins. Servs., Inc.*, 236 F.3d 443, 446 (8th Cir. 2001), KC Media requests $9240 in attorney's fees, which represents twenty-eight hours of work related to the motion to dismiss and statement of fees, billed at $330 per hour; and $100 in costs, which represents the fee for *pro hac vice* admission that would have been unnecessary had the case been filed in the proper venue.

The time expended by KC Media's attorney is reasonable, as is his hourly rate.  And the billed cost for *pro hac vice* admission is recoverable under 28 U.S.C. § 1920.  I will therefore order the Clerk of Court to tax KC Media's bill of costs in the amount of $100, and order attorney Liebowitz to pay to KC Media $9240 in attorney's fees and $100 in costs within thirty days of the date of this Order.

Accordingly,

- 2 -

**IT IS HEREBY ORDERED** that defendant KC Media LLC's Statement for Attorney's Fees and Costs [22] is **GRANTED** to the extent it seeks to recover excess attorney's fees and costs incurred in relation to its motion to dismiss and its statement for fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of Court shall tax KC Media LLC's bill of costs [22-3] in the amount of $100.

**IT IS FURTHER ORDERED** that within thirty (30) days of the date of this Order, attorney Richard P. Liebowitz shall pay to defendant KC Media LLC $9240 in attorney's fees and $100 in costs for excess work and costs expended by defendant's attorney caused by Liebowtiz's improper conduct in this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of September, 2020.